| | |
|---|---|
| 1 | PHILLIP A. TALBERT |
| | Acting United States Attorney |
| 2 | JAMES R. CONOLLY |
| | Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100 |
| | Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700 |
| | Facsimile: (916) 554-2900 |

**FILED**
Aug 09, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Attorneys for Plaintiff
United States of America

# SEALED

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | CASE NO.   2:21-mj-0127 KJN |
| Plaintiff, | SEALING ORDER |
| v. | |
| FRANK BACON, | **UNDER SEAL** |
| Defendant. | |

## S E A L I N G   O R D E R

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered, SEALED until further order of this Court.

Dated: August 9, 2021

*/s/ Kendall J. Newman*
Hon. Kendall J. Newman
U.S. MAGISTRATE JUDGE

SEALING ORDER