LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
FRANK BACON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>FRANK RAY BACON,<br><br>    Defendant. | Case No.: 2:21-cr-156 JAM<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:        September 14, 2021<br>Time:       9:30 a.m.<br>Court:      Hon. John A. Mendez |

    Plaintiff United States of America by and through Assistant United States Attorney James Conolly, and Attorney Todd Leras on behalf of Defendant Frank Bacon, stipulate as follows:

    1.   This matter is presently set for an initial status conference on September 14, 2021. On September 7, 2021, the courtroom deputy informed the parties via email that the Court is not available on September 14, 2021.  By this stipulation, Defendant Bacon moves to continue the status conference for one week to September 21, 2021.

ORDER CONTINUING STATUS
CONFERENCE

2. This case involves two controlled purchases of methamphetamine occurring on separate dates in South Lake Tahoe, California. Defendant appeared for arraignment on the charge contained in the Indictment on August 25, 2021. The government represented at the arraignment hearing that it planned to release discovery materials to defense counsel. Defense counsel has not yet received any discovery materials related to this matter.

3. Defense counsel anticipates conducting defense investigation of this matter once discovery materials have been made available. Those efforts cannot begin until the defense receives some discovery materials. Defendant Bacon therefore requests to continue this matter for one week to September 21, 2021.

4. Given the need for additional time to review and conduct defense investigation once the discovery materials have been produced, Defendant Bacon requests to continue the status conference in this matter to September 21, 2021, at 9:30 a.m., and to exclude time between September 14, 2021 and September 21, 2021, inclusive, under Local Code T-4. The United States does not oppose this request.

5. Attorney Todd Leras represents and believes that failure to grant additional time as requested would deny Defendant Bacon the reasonable time necessary for effective preparation, considering the exercise of due diligence.

6. Based on the above-stated facts, Defendant Bacon requests that the Court find that the ends of justice served by continuing the case as requested outweigh the best interest of the public and the Defendant in a trial within the time prescribed by the Speedy Trial Act.

ORDER CONTINUING STATUS CONFERENCE

7. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of September 14, 2021 to September 21, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), and (B) (iv) [Local Code T-4] because it results from a continuance granted by the Court at Defendant Bacon's request on the basis that the ends of justice served by taking such action outweigh the best interest of the public and the Defendant in a speedy trial.

8. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Assistant U.S. Attorney James Conolly has reviewed this proposed order and authorized Todd Leras via email to sign it on his behalf.

DATED: September 9, 2021         PHILLIP A. TALBERT
                                 Acting United States Attorney

                                 By   */s/ Todd D. Leras for*
                                      JAMES CONOLLY
                                      Assistant United States Attorney

DATED: September 9, 2021

                                 By   */s/ Todd D. Leras*
                                      TODD D. LERAS
                                      Attorney for Defendant
                                      FRANK BACON

ORDER CONTINUING STATUS CONFERENCE

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the status conference in this matter, scheduled for September 14, 2021, is vacated. A new status conference is scheduled for September 21, 2021, at 9:30 a.m. The Court further finds, based on the representations of the parties and Defendant Bacon's request, that the ends of justice served by granting the continuance outweigh the best interests of the public and the Defendant in a speedy trial. Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from September 14, 2021, up to and including September 21, 2021.

IT IS SO ORDERED.

Dated:  September 10, 2021            /s/ John A. Mendez
                                       THE HONORABLE JOHN A. MENDEZ
                                       UNITED STATES DISTRICT COURT JUDGE

ORDER CONTINUING STATUS CONFERENCE