LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
FRANK BACON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>FRANK RAY BACON,<br><br>      Defendant. | Case No.: 2:21-cr-156 JAM<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:     October 5, 2021<br>Time:    9:30 a.m.<br>Court:    Hon. John A. Mendez |

Plaintiff United States of America by and through Assistant United States Attorney James Conolly, and Attorney Todd Leras on behalf of Defendant Frank Bacon, stipulate as follows:

1. This matter is presently set for a status conference on October 5, 2021.  By this stipulation, Defendant Bacon moves to continue the status conference to November 16, 2021.

2. This case involves two controlled purchases of methamphetamine occurring on

ORDER CONTINUING STATUS CONFERENCE

separate dates in South Lake Tahoe, California. Defendant appeared for arraignment on the charge contained in the Indictment on August 25, 2021. The government has provided written reports related to the controlled purchases to defense counsel as discovery materials.

3. Defense investigation of this matter has been hampered due to the Caldor Fire, which resulted in both mandatory evacuations and evacuation warnings in the South Lake Tahoe region during a significant portion of the period since Defendant's Arraignment Hearing. Defendant Bacon therefore requests to continue this matter to November 16, 2021.

4. Defendant Bacon further requests to exclude time between October 5, 2021 and November 16, 2021, inclusive, under Local Code T-4. The United States does not oppose this request.

5. Attorney Todd Leras represents and believes that failure to grant additional time as requested would deny Defendant Bacon the reasonable time necessary for effective preparation, considering the exercise of due diligence.

6. Based on the above-stated facts, Defendant Bacon requests that the Court find that the ends of justice served by continuing the case as requested outweigh the best interest of the public and the Defendant in a trial within the time prescribed by the Speedy Trial Act.

7. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of October 5, 2021 to November 16, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C. §

ORDER CONTINUING STATUS CONFERENCE

3161(h)(7)(A), and (B) (iv) [Local Code T-4] because it results from a continuance granted by the Court at Defendant Bacon's request on the basis that the ends of justice served by taking such action outweigh the best interest of the public and the Defendant in a speedy trial.

8. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Assistant U.S. Attorney James Conolly has reviewed this proposed order and authorized Todd Leras via email to sign it on his behalf.

DATED:  September 30, 2021  PHILLIP A. TALBERT
Acting United States Attorney

By      */s/ Todd D. Leras for*
    JAMES CONOLLY
    Assistant United States Attorney

DATED:  September 30, 2021

By      */s/ Todd D. Leras*
    TODD D. LERAS
    Attorney for Defendant
    FRANK BACON

ORDER CONTINUING STATUS CONFERENCE

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the status conference in this matter, scheduled for October 5, 2021, is vacated.  A new status conference is scheduled for November 16, 2021, at 9:30 a.m.  The Court further finds, based on the representations of the parties and Defendant Bacon's request, that the ends of justice served by granting the continuance outweigh the best interests of the public and the Defendant in a speedy trial.  Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from October 5, 2021, up to and including November 16, 2021.

IT IS SO ORDERED.

DATED:  October 1, 2021                     /s/ John A. Mendez
                                            THE HONORABLE JOHN A. MENDEZ
                                            UNITED STATES DISTRICT COURT JUDGE

ORDER CONTINUING STATUS CONFERENCE