LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
FRANK BACON

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:21-cr-156 JAM |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| FRANK RAY BACON, | |
| Defendant. | Date:      November 16, 2021<br>Time:      9:30 a.m.<br>Court:     Hon. John A. Mendez |

Plaintiff United States of America by and through Assistant United States Attorney James Conolly, and Attorney Todd Leras on behalf of Defendant Frank Bacon, stipulate as follows:

1.   This matter is presently set for a status conference on November 16, 2021. By this stipulation, Defendant Bacon moves to continue the status conference to December 14, 2021.

2.   This case involves two controlled purchases of methamphetamine occurring on

ORDER CONTINUING STATUS
CONFERENCE

separate dates in South Lake Tahoe, California. The government has provided limited discovery in the form of written reports related to the controlled purchases to defense counsel. The defense has requested that the government provide additional discovery, including covert recordings of the controlled buys and lab reports for the controlled substances involved in both transactions, which are necessary for defense investigation of potential defenses. Government counsel has indicated that it is in the process of producing additional discovery, which defense counsel will need time to review.

3. Defense investigation of this matter has been hampered due to delayed production of discovery materials and the Caldor Fire, which resulted in both mandatory evacuations and evacuation warnings in the South Lake Tahoe region during a significant portion of the period following Defendant's Arraignment Hearing. Defendant Bacon therefore requests to continue this matter for four weeks to December 14, 2021.

4. Defendant Bacon further requests to exclude time between November 16, 2021 and December 14, 2021, inclusive, under Local Code T-4. The United States does not oppose this request.

5. Attorney Todd Leras represents and believes that failure to grant additional time as requested would deny Defendant Bacon the reasonable time necessary for effective preparation, considering the exercise of due diligence.

6. Based on the above-stated facts, Defendant Bacon requests that the Court find that the ends of justice served by continuing the case as requested outweigh the best interest

ORDER CONTINUING STATUS
CONFERENCE

of the public and the Defendant in a trial within the time prescribed by the Speedy
Trial Act.

7.  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et
seq*., within which trial must commence, the time period of November 16, 2021 to
December 14, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C. §
3161(h)(7)(A), and (B) (iv) [Local Code T-4] because it results from a continuance
granted by the Court at Defendant Bacon's request on the basis that the ends of
justice served by taking such action outweigh the best interest of the public and the
Defendant in a speedy trial.

8.  Nothing in this stipulation and order shall preclude a finding that other provisions of
the Speedy Trial Act dictate that additional time periods are excludable from the
period within which a trial must commence.

Assistant U.S. Attorney James Conolly has reviewed this proposed order and authorized
Todd Leras via email to sign it on his behalf.

DATED:  November 12, 2021                    PHILLIP A. TALBERT
                                             Acting United States Attorney

                                             By    */s/ Todd D. Leras for*
                                                   JAMES CONOLLY
                                                   Assistant United States Attorney

DATED:  November 12, 2021

                                             By    */s/ Todd D. Leras*
                                                   TODD D. LERAS
                                                   Attorney for Defendant
                                                   FRANK BACON

ORDER CONTINUING STATUS
CONFERENCE

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the status conference in this matter, scheduled for November 16, 2021, is vacated. A new status conference is scheduled for December 14, 2021, at 9:30 a.m. The Court further finds, based on the representations of the parties and Defendant Bacon's request, that the ends of justice served by granting the continuance outweigh the best interests of the public and the Defendant in a speedy trial. Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from November 16, 2021, up to and including December 14, 2021.

IT IS SO ORDERED.

Dated:  November 12, 2021                    /s/ John A. Mendez
                                             THE HONORABLE JOHN A. MENDEZ
                                             UNITED STATES DISTRICT COURT JUDGE

ORDER CONTINUING STATUS
CONFERENCE