LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
FRANK BACON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>FRANK RAY BACON,<br><br>    Defendant. | Case No.: 2:21-cr-156 JAM<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:     December 14, 2021<br>Time:    9:30 a.m.<br>Court:    Hon. John A. Mendez |

   Plaintiff United States of America by and through Assistant United States Attorney James Conolly, and Attorney Todd Leras on behalf of Defendant Frank Bacon, stipulate as follows:

   1. This matter is presently set for a status conference on December 14, 2021. By this stipulation, Defendant Bacon moves to continue the status conference to February 8, 2022.

ORDER CONTINUING STATUS CONFERENCE

2. This case involves two controlled purchases of methamphetamine occurring on separate dates in April and May 2021. The government has provided discovery in the form of written reports related to the controlled purchases to defense counsel.

3. Defense counsel has requested that the government provide additional discovery necessary for defense investigation of potential defenses. Government counsel has indicated that the government is in the process of producing the requested discovery. Defense counsel will need additional time to review it with Mr. Bacon, who remains in pre-trial detention at the Sacramento County Main Jail. The supplemental discovery will also require follow up defense investigation.

4. The events in this case occurred in South Lake Tahoe, California, 103 miles from the offices of defense counsel and the defense investigator. Many of the witnesses and some items of physical evidence are in the vicinity of South Lake Tahoe, and Reno, Nevada. Travel to those areas appears to be necessary to complete defense investigation. Defense counsel therefore requests to continue this matter to February 8, 2022.

5. Defendant Bacon further requests to exclude time between December 14, 2021 and February 8, 2022, inclusive, under Local Code T-4. The United States does not oppose this request.

6. Attorney Todd Leras represents and believes that failure to grant additional time as requested would deny Defendant Bacon the reasonable time necessary for effective preparation, considering the exercise of due diligence.

7. Based on the above-stated facts, Defendant Bacon requests that the Court find that the

ORDER CONTINUING STATUS CONFERENCE

ends of justice served by continuing the case as requested outweigh the best interest of the public and the Defendant in a trial within the time prescribed by the Speedy Trial Act.

8. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of December 14, 2021 to February 8, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), and (B) (iv) [Local Code T-4] because it results from a continuance granted by the Court at Defendant Bacon's request on the basis that the ends of justice served by taking such action outweigh the best interest of the public and the Defendant in a speedy trial.

9. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Assistant U.S. Attorney James Conolly has reviewed this proposed order and authorized Todd Leras via email to sign it on his behalf.

DATED:  December 7, 2021                        PHILLIP A. TALBERT
                                                Acting United States Attorney

                                                By    */s/ Todd D. Leras for*
                                                      JAMES CONOLLY
                                                      Assistant United States Attorney

DATED:  December 7, 2021

                                                By    */s/ Todd D. Leras*
                                                      TODD D. LERAS
                                                      Attorney for Defendant
                                                      FRANK BACON

ORDER CONTINUING STATUS
CONFERENCE

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the status conference in this matter, scheduled for December 14, 2021, is vacated. A new status conference is scheduled for February 8, 2022, at 9:30 a.m. The Court further finds, based on the representations of the parties and Defendant Bacon's request, that the ends of justice served by granting the continuance outweigh the best interests of the public and the Defendant in a speedy trial. Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from December 14, 2021, up to and including February 8, 2022.

IT IS SO ORDERED.

DATED: December 9, 2021            /s/ John A. Mendez
                                   THE HONORABLE JOHN A. MENDEZ
                                   UNITED STATES DISTRICT COURT JUDGE

ORDER CONTINUING STATUS CONFERENCE