1  LAW OFFICE OF TODD D. LERAS
   Todd D. Leras, CA SBN 145666
2  455 Capitol Mall, Suite 802
3  Sacramento, California 95814
   (916) 504-3933
4  toddleras@gmail.com
   Attorney for Defendant
5  FRANK BACON

6

7

8               UNITED STATES DISTRICT COURT

9               EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        | Case No.: 2:21-cr-156 JAM
12 |           Plaintiff,
13 |
   | vs.                              | STIPULATION AND ORDER
14 |                                  | CONTINUING STATUS CONFERENCE
   |                                  | AND EXCLUDING TIME UNDER THE
15 | FRANK RAY BACON,                 | SPEEDY TRIAL ACT
16 |           Defendant.
   |                                  | Date:   February 8, 2022
17 |                                  | Time:   9:30 a.m.
   |                                  | Court:  Hon. John A. Mendez
18

19

20

21

22     Plaintiff United States of America by and through Assistant United States Attorney James

23 Conolly, and Attorney Todd Leras on behalf of Defendant Frank Bacon, stipulate as follows:

24   1.  This matter is presently set for a status conference on February 8, 2022. By this

25       stipulation, Defendant Bacon moves to continue the status conference to March 15,

26       2022.

27

28 ORDER CONTINUING STATUS
   CONFERENCE

2. This case involves two controlled purchases of methamphetamine occurring on separate dates in April and May 2021. The government has provided discovery in the form of written reports related to the controlled purchases to defense counsel.

3. Defense counsel has requested that the government provide additional discovery necessary for investigation of potential defenses. The parties recently stipulated to a protective order applying to some of the requested materials. United States Magistrate Judge Carolyn K. Delaney approved the protective order on February 3, 2022. (ECF Document 23).

4. It is anticipated that the government will be releasing the requested supplemental discovery materials now that the protective order is in place. Defense counsel will need additional time to review them with Mr. Bacon, who remains in pre-trial detention at the Sacramento County Main Jail. The supplemental discovery will also require follow up defense investigation.

5. The events in this case occurred in South Lake Tahoe, California, 103 miles from the offices of defense counsel and the defense investigator. Many of the witnesses and some items of physical evidence are in the vicinity of South Lake Tahoe, and Reno, Nevada. Travel to those areas appears to be necessary to complete defense investigation. Defense counsel therefore requests to continue this matter to March 15, 2022.

6. Defendant Bacon further requests to exclude time between February 8, 2022 and March 15, 2022, inclusive, under Local Code T-4. The United States does not oppose this request.

ORDER CONTINUING STATUS CONFERENCE

7. Attorney Todd Leras represents and believes that failure to grant additional time as requested would deny Defendant Bacon the reasonable time necessary for effective preparation, considering the exercise of due diligence.

8. Based on the above-stated facts, Defendant Bacon requests that the Court find that the ends of justice served by continuing the case as requested outweigh the best interest of the public and the Defendant in a trial within the time prescribed by the Speedy Trial Act.

9. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of February 8, 2022 to March 15, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), and (B) (iv) [Local Code T-4] because it results from a continuance granted by the Court at Defendant Bacon's request on the basis that the ends of justice served by taking such action outweigh the best interest of the public and the Defendant in a speedy trial.

10. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

ORDER CONTINUING STATUS CONFERENCE

Assistant U.S. Attorney James Conolly has reviewed this proposed order and authorized Todd Leras via email to sign it on his behalf.

DATED:  February 3, 2022                                PHILLIP A. TALBERT
                                                                               Acting United States Attorney

                                                                               By   */s/ Todd D. Leras for*
                                                                                        JAMES CONOLLY
                                                                                        Assistant United States Attorney

DATED:  February 3, 2022

                                                                               By   */s/ Todd D. Leras*
                                                                                        TODD D. LERAS
                                                                                        Attorney for Defendant
                                                                                        FRANK BACON

ORDER CONTINUING STATUS CONFERENCE

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the status conference in this matter, scheduled for February 8, 2022, is vacated. A new status conference is scheduled for March 15, 2022, at 9:30 a.m. The Court further finds, based on the representations of the parties and Defendant Bacon's request, that the ends of justice served by granting the continuance outweigh the best interests of the public and the Defendant in a speedy trial. Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from February 8, 2022, up to and including March 15, 2022.

IT IS SO ORDERED.

DATED: February 4, 2022            /s/ John A. Mendez
                                   THE HONORABLE JOHN A. MENDEZ
                                   UNITED STATES DISTRICT COURT JUDGE

ORDER CONTINUING STATUS CONFERENCE