LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
FRANK BACON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>FRANK RAY BACON,<br><br>    Defendant. | Case No.: 2:21-cr-156 JAM<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:    March 15, 2022<br>Time:    9:30 a.m.<br>Court:   Hon. John A. Mendez |

Plaintiff United States of America by and through Assistant United States Attorney James Conolly, and Attorney Todd Leras on behalf of Defendant Frank Bacon, stipulate as follows:

1. This matter is presently set for a status conference on March 15, 2022. By this stipulation, Defendant Bacon moves to continue the status conference to May 3, 2022.

ORDER CONTINUING STATUS CONFERENCE

2. This case involves two controlled purchases of methamphetamine occurring on separate dates in April and May 2021. The government has provided discovery in the form of written reports, photos, and audio recordings related to the controlled purchases to defense counsel. Defense counsel has requested some items of supplemental discovery from the government necessary to complete defense investigation.

3. The events in this case occurred in South Lake Tahoe, California, 103 miles from the offices of defense counsel and the defense investigator. Many of the witnesses and some items of physical evidence are in the vicinity of South Lake Tahoe, and Reno, Nevada. Travel to those areas is therefore required as part of the defense investigation. Defense counsel therefore requests to continue this matter to May 3, 2022.

4. Defendant Bacon further requests to exclude time between March 15, 2022 and May 3, 2022, inclusive, under Local Code T-4. The United States does not oppose this request.

5. Attorney Todd Leras represents and believes that failure to grant additional time as requested would deny Defendant Bacon the reasonable time necessary for effective preparation, considering the exercise of due diligence.

6. Based on the above-stated facts, Defendant Bacon requests that the Court find that the ends of justice served by continuing the case as requested outweigh the best interest of the public and the Defendant in a trial within the time prescribed by the Speedy Trial Act.

ORDER CONTINUING STATUS CONFERENCE

7. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of March 15, 2022 to May 3, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), and (B)(iv) [Local Code T-4] because it results from a continuance granted by the Court at Defendant Bacon's request on the basis that the ends of justice served by taking such action outweigh the best interest of the public and the Defendant in a speedy trial.

8. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Assistant U.S. Attorney James Conolly has reviewed this proposed order and authorized Todd Leras via email to sign it on his behalf.

DATED:  March 9, 2022                                PHILLIP A. TALBERT
                                                     United States Attorney

                                                     By   */s/ Todd D. Leras for*
                                                          JAMES CONOLLY
                                                          Assistant United States Attorney

DATED:  March 9, 2022
                                                     By   */s/ Todd D. Leras*
                                                          TODD D. LERAS
                                                          Attorney for Defendant
                                                          FRANK BACON

ORDER CONTINUING STATUS CONFERENCE

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the status conference in this matter, scheduled for March 15, 2022, is vacated. A new status conference is scheduled for May 3, 2022, at 9:30 a.m. The Court further finds, based on the representations of the parties and Defendant Bacon's request, that the ends of justice served by granting the continuance outweigh the best interests of the public and the Defendant in a speedy trial. Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from March 15, 2022, up to and including May 3, 2022.

IT IS SO ORDERED.

DATED: March 11, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

ORDER CONTINUING STATUS CONFERENCE