LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
FRANK BACON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>FRANK RAY BACON,<br><br>　　　　Defendant. | Case No.: 2:21-cr-156 JAM<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:　　May 3, 2022<br>Time:　　9:30 a.m.<br>Court:　　Hon. John A. Mendez |

　　Plaintiff United States of America by and through Assistant United States Attorney James Conolly, and Attorney Todd Leras on behalf of Defendant Frank Bacon, stipulate as follows:

1. This matter is presently set for a status conference on May 3, 2022.  By this stipulation, Defendant Bacon moves to continue the status conference to June 14, 2022, at 9:30 a.m.

2. This case involves two controlled purchases of methamphetamine occurring on

ORDER CONTINUING STATUS CONFERENCE

separate dates in South Lake Tahoe, California. The government has provided written reports, videotapes, audio recordings, and photographs related to the controlled purchases and ensuing execution of a search warrant to defense counsel as discovery materials.

3. The government recently provided supplemental discovery materials requested by the defense. The defense is conducting follow up investigation based on these supplemental materials. To allow time for this investigation, Defendant requests to continue the status conference to June 14, 2022.

4. Defendant Bacon further requests to exclude time between May 3, 2022 and June 14, 2022, inclusive, under Local Code T-4. The United States does not oppose this request.

5. Attorney Todd Leras represents and believes that failure to grant additional time as requested would deny Defendant Bacon the reasonable time necessary for effective preparation, considering the exercise of due diligence.

6. Based on the above-stated facts, Defendant Bacon requests that the Court find that the ends of justice served by continuing the case as requested outweigh the best interest of the public and the Defendant in a trial within the time prescribed by the Speedy Trial Act.

7. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of May 3, 2022 to June 14, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), and (B)(iv) [Local Code T-4] because it results from a continuance granted by the Court at

ORDER CONTINUING STATUS
CONFERENCE

Defendant Bacon's request on the basis that the ends of justice served by taking such action outweigh the best interest of the public and the Defendant in a speedy trial.

8. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Assistant U.S. Attorney James Conolly has reviewed this proposed order and authorized Todd Leras via email to sign it on his behalf.

DATED:  April 29, 2022            PHILLIP A. TALBERT
                                  United States Attorney

                                  By   */s/ Todd D. Leras for*
                                       JAMES CONOLLY
                                       Assistant United States Attorney

DATED:  April 29, 2022

                                  By   */s/ Todd D. Leras*
                                       TODD D. LERAS
                                       Attorney for Defendant
                                       FRANK BACON

ORDER CONTINUING STATUS CONFERENCE

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the status conference in this matter, scheduled for May 3, 2022, is vacated. A new status conference is scheduled for June 14, 2022, at 9:30 a.m. The Court further finds, based on the representations of the parties and Defendant Bacon's request, that the ends of justice served by granting the continuance outweigh the best interests of the public and the Defendant in a speedy trial. Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from May 3, 2022, up to and including June 14, 2022.

IT IS SO ORDERED.

DATED: April 29, 2022         /s/ John A. Mendez
                              THE HONORABLE JOHN A. MENDEZ
                              UNITED STATES DISTRICT COURT JUDGE

ORDER CONTINUING STATUS CONFERENCE