LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
FRANK BACON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>FRANK RAY BACON,<br><br>    Defendant. | Case No.: 2:21-cr-156 JAM<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:  July 19, 2022<br>Time:  9:30 a.m.<br>Court:  Hon. John A. Mendez |

  Plaintiff United States of America by and through Assistant United States Attorney James Conolly, and Attorney Todd Leras on behalf of Defendant Frank Bacon, stipulate as follows:

1. This matter is presently set for a status conference on July 19, 2022.  By this stipulation, Defendant Bacon moves to continue the status conference to August 30, 2022.

ORDER CONTINUING STATUS CONFERENCE

2. This case involves two controlled purchases of methamphetamine occurring on separate dates in South Lake Tahoe, California. The government has provided written reports, videotapes, audio recordings, and photographs related to the controlled purchases and ensuing execution of a search warrant to defense counsel as discovery materials.

3. The government notified defense counsel about the release of supplemental discovery material consisting of, among other things, items downloaded during execution of a search warrant for a cell phone believed to belong to defendant. The defense believes that material from the phone is needed to conduct defense investigation. To allow time for this investigation, defendant requests to continue the status conference to August 30, 2022.

4. Defendant Bacon further requests to exclude time between July 19, 2022 and August 30, 2022, inclusive, under Local Code T-4. The United States does not oppose this request.

5. Attorney Todd Leras represents and believes that failure to grant additional time as requested would deny Defendant Bacon the reasonable time necessary for effective preparation, considering the exercise of due diligence.

6. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq*., within which trial must commence, the time period between July 19, 2022 to August 30, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), and (B) (iv) [Local Code T-4] because it results from a continuance granted by the Court at Defendant Bacon's request on the basis that the ends of

ORDER CONTINUING STATUS
CONFERENCE

justice served by taking such action outweigh the best interest of the public and the Defendant in a speedy trial.

7. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Assistant U.S. Attorney James Conolly has reviewed this proposed order and authorized Todd Leras via email to sign it on his behalf.

DATED:  July 14, 2022                    PHILLIP A. TALBERT
                                         United States Attorney

                                         By    /s/ Todd D. Leras for
                                              JAMES CONOLLY
                                              Assistant United States Attorney

DATED:  July 14, 2022

                                         By    /s/ Todd D. Leras
                                              TODD D. LERAS
                                              Attorney for Defendant
                                              FRANK BACON

ORDER CONTINUING STATUS CONFERENCE

# ORDER

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the status conference in this matter, scheduled for July 19, 2022, is vacated. A new status conference is scheduled for August 30, 2022, at 9:30 a.m.  The Court further finds, based on the representations of the parties and Defendant Bacon's request, that the ends of justice served by granting the continuance outweigh the best interests of the public and the Defendant in a speedy trial.  Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from July 19, 2022, up to and including August 30, 2022.

IT IS SO ORDERED.

DATED:  July 15, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT COURT JUDGE

ORDER CONTINUING STATUS CONFERENCE