LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
FRANK BACON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>FRANK RAY BACON,<br><br>        Defendant. | Case No.: 2:21-cr-0156 JAM<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:     December 6, 2022<br>Time:    9:00 a.m.<br>Court:   Hon. John A. Mendez |

    Plaintiff United States of America by and through Assistant United States Attorney James Conolly, and Attorney Todd Leras on behalf of Defendant Frank Bacon, stipulate as follows:

1. This matter is presently set for a status conference on December 6, 2022. By this stipulation, Defendant Bacon moves to continue the status conference to January 24, 2023.

ORDER CONTINUING STATUS CONFERENCE

2. This case involves two controlled purchases of methamphetamine occurring on separate dates in South Lake Tahoe, California. The government has provided written reports, videotapes, audio recordings, and photographs related to the controlled purchases and ensuing execution of a search warrant at defendant's residence to defense counsel as discovery materials. The government recently released supplemental discovery consisting of materials downloaded during execution of a search warrant for defendant's cell phone. The defense is engaged in investigation as to potential defenses and sentencing mitigation, including matters stemming from materials recovered from defendant's cell phone. To allow time for this investigation, the defense requests to continue the status conference to January 24, 2023.

3. Defendant Bacon is being held in pre-trial detention at the Butte County Jail, in Oroville, California. Oroville is approximately 75-miles from defense counsel's downtown Sacramento office. All attorney-client meetings to discuss defense investigation and case developments require roundtrip travel of approximately 150-miles.

4. Defendant Bacon further requests to exclude time between December 6, 2022, and January 24, 2023, inclusive, under Local Code T-4. The United States does not oppose this request.

5. Attorney Todd Leras represents and believes that failure to grant additional time as requested would deny Defendant Bacon the reasonable time necessary for effective preparation, considering the exercise of due diligence.

ORDER CONTINUING STATUS CONFERENCE

6. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period between December 6, 2022 to January 24, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), and (B) (iv) [Local Code T-4] because it results from a continuance granted by the Court at Defendant Bacon's request on the basis that the ends of justice served by taking such action outweigh the best interest of the public and the Defendant in a speedy trial.

7. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Assistant U.S. Attorney James Conolly has reviewed this proposed order and authorized Todd Leras via email to sign it on his behalf.

DATED: December 1, 2022           PHILLIP A. TALBERT
                                  United States Attorney

                                  By   */s/ Todd D. Leras for*
                                       JAMES CONOLLY
                                       Assistant United States Attorney

DATED: December 1, 2022

                                  By   */s/ Todd D. Leras*
                                       TODD D. LERAS
                                       Attorney for Defendant
                                       FRANK BACON

ORDER CONTINUING STATUS CONFERENCE

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the status conference in this matter, scheduled for December 6, 2022, is vacated. A new status conference is scheduled for January 24, 2023, at 9:00 a.m. The Court further finds, based on the representations of the parties and Defendant Bacon's request, that the ends of justice served by granting the continuance outweigh the best interests of the public and the Defendant in a speedy trial. Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from December 6, 2022, up to and including January 24, 2023.

IT IS SO ORDERED.

Dated:  December 2, 2022
/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE

ORDER CONTINUING STATUS CONFERENCE