LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
FRANK BACON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>FRANK RAY BACON,<br><br>   Defendant. | Case No.: 2:21-cr-156 JAM<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:    February 28, 2023<br>Time:    9:00 a.m.<br>Court:   Hon. John A. Mendez |

   Plaintiff United States of America by and through Assistant United States Attorney James Conolly, and Attorney Todd Leras on behalf of Defendant Frank Bacon, stipulate as follows:

   1. This matter is presently set for a status conference on February 28, 2023. By this stipulation, Defendant Bacon moves to continue the status conference for a further status conference/potential change of plea hearing to March 21, 2023, at 9:00 a.m.

ORDER CONTINUING STATUS
CONFERENCE

2. This case involves two controlled purchases of methamphetamine occurring on separate dates in South Lake Tahoe, California.  The government initially provided written reports, videotapes, audio recordings, and photographs related to the controlled purchases and ensuing execution of a search warrant at defendant's residence to defense counsel as discovery materials.  It supplemented the initial discovery production with information downloaded from defendant's cell phone October 2022.

3. Defendant is being held in pre-trial detention at the Butte County Jail in Oroville, California. The Butte County Jail is approximately seventy miles from defense counsel's office in downtown Sacramento.  Defense counsel is therefore required to travel to conduct in person meetings with defendant.

4. The parties are presently discussing a proposed a resolution of the matter.  The defense is simultaneously conducting defense investigation regarding potential sentencing mitigation information.  To allow time for discussion and review of a proposed resolution and sentencing mitigation investigation with defendant at the Butte County Jail, the defense requests to continue the status conference to March 21, 2023.

5. Defendant Bacon further requests to exclude time between February 28, 2023, and March 21, 2023, inclusive, under Local Code T-4.  The United States does not oppose this request.

6. Attorney Todd Leras represents and believes that failure to grant additional time as requested would deny Defendant Bacon the reasonable time necessary for effective

ORDER CONTINUING STATUS
CONFERENCE

preparation, considering the exercise of due diligence.

7. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period between February 28, 2023 and March 21, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), and (B) (iv) [Local Code T-4] because it results from a continuance granted by the Court at Defendant Bacon's request on the basis that the ends of justice served by taking such action outweigh the best interest of the public and the Defendant in a speedy trial.

8. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Assistant U.S. Attorney James Conolly has reviewed this proposed order and authorized Todd Leras via email to sign it on his behalf.

DATED:  February 23, 2023	PHILLIP A. TALBERT
	United States Attorney

	By   */s/ Todd D. Leras for*
	     JAMES CONOLLY
	     Assistant United States Attorney

DATED: February 23, 2023

	By   */s/ Todd D. Leras*
	     TODD D. LERAS
	     Attorney for Defendant
	     FRANK BACON

ORDER CONTINUING STATUS CONFERENCE

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the status conference in this matter, scheduled for February 28, 2023, is vacated. A new status conference/potential change of plea hearing is scheduled for March 21, 2023, at 9:00 a.m. The Court further finds, based on the representations of the parties and Defendant Bacon's request, that the ends of justice served by granting the continuance outweigh the best interests of the public and the Defendant in a speedy trial. Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from February 28, 2023, up to and including March 21, 2023.

IT IS SO ORDERED.

DATED: February 24, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE

ORDER CONTINUING STATUS CONFERENCE