LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
FRANK BACON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>FRANK RAY BACON,<br><br>    Defendant. | Case No.: 2:21-cr-00156-JAM<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT**<br><br>Date:     March 21, 2023<br>Time:    9:00 a.m.<br>Court:    Hon. John A. Mendez |

   Plaintiff United States of America by and through Assistant United States Attorney James Conolly, and Attorney Todd Leras on behalf of Defendant Frank Bacon, stipulate as follows:

   1. This matter is presently set for a status conference on March 21, 2023. By this stipulation, Defendant Bacon moves to continue the status conference for a further status conference/potential change of plea hearing to April 18, 2023.

ORDER CONTINUING STATUS
CONFERENCE

2. This case involves two controlled purchases of methamphetamine occurring on separate dates in South Lake Tahoe, California. The government initially provided written reports, videotapes, audio recordings, and photographs related to the controlled purchases and ensuing execution of a search warrant at defendant's residence to defense counsel as discovery materials. It supplemented the initial discovery production with information downloaded from defendant's cell phone October 2022.

3. Defendant is being held in pre-trial detention at the Butte County Jail in Oroville, California. The Butte County Jail is approximately seventy miles from defense counsel's office in downtown Sacramento. Defense counsel is therefore required to travel to conduct in person meetings with defendant. The parties have been discussing a proposed resolution of this matter by negotiated disposition.

4. The government recently provided a proposed settlement agreement to defense counsel. The defense is simultaneously conducting defense investigation regarding potential sentencing mitigation information. To allow time for discussion and review of a proposed resolution with defendant at the Butte County Jail and to provide the defense time needed to complete sentencing mitigation investigation, the defense requests to continue the status conference to April 18, 2023.

5. Defendant Bacon further requests to exclude time between March 21, 2023, and April 18, 2023, inclusive, under Local Code T-4. The United States does not oppose this request.

6. Attorney Todd Leras represents and believes that failure to grant additional time as

ORDER CONTINUING STATUS CONFERENCE

requested would deny Defendant Bacon the reasonable time necessary for effective preparation, considering the exercise of due diligence.

7. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq*., within which trial must commence, the time period between March 21, 2023 and April 18, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), and (B) (iv) [Local Code T-4] because it results from a continuance granted by the Court at Defendant Bacon's request on the basis that the ends of justice served by taking such action outweigh the best interest of the public and the Defendant in a speedy trial.

8. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Assistant U.S. Attorney James Conolly has reviewed this proposed order and authorized Todd Leras via text message to sign it on his behalf.

DATED: March 17, 2023                          PHILLIP A. TALBERT
                                               United States Attorney

                                               By    */s/ Todd D. Leras for*
                                                    JAMES CONOLLY
                                                    Assistant United States Attorney

DATED: March 17, 2023
                                               By    */s/ Todd D. Leras*
                                                    TODD D. LERAS
                                                    Attorney for Defendant
                                                    FRANK BACON

ORDER CONTINUING STATUS CONFERENCE

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the status conference in this matter, scheduled for March 21, 2023, is vacated. A new **status conference/potential change of plea hearing** is scheduled for **April 18, 2023, at 9:00 a.m**. The Court further finds, based on the representations of the parties and Defendant Bacon's request, that the ends of justice served by granting the continuance outweigh the best interests of the public and the Defendant in a speedy trial. Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from March 21, 2023, up to and including April 18, 2023.

**IT IS SO ORDERED**.

Dated: March 17, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE

ORDER CONTINUING STATUS CONFERENCE