LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
FRANK BACON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FRANK RAY BACON,<br><br>Defendant. | Case No.: 2:21-cr-156 JAM<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT**<br><br>Date:    April 18, 2023<br>Time:   9:00 a.m.<br>Court:   Hon. John A. Mendez |

  Plaintiff United States of America by and through Assistant United States Attorney James Conolly, and Attorney Todd Leras on behalf of Defendant Frank Bacon, stipulate as follows:

  1. This matter is presently set for a status conference/potential change of plea hearing on April 18, 2023. By this stipulation, Defendant Bacon moves to continue the matter for a further status conference/potential change of plea hearing to May 2, 2023.

ORDER CONTINUING STATUS
CONFERENCE

2. This case involves two controlled purchases of methamphetamine occurring on separate dates in South Lake Tahoe, California. The government initially provided written reports, videotapes, audio recordings, and photographs related to the controlled purchases and ensuing execution of a search warrant at defendant's residence to defense counsel as discovery materials. It supplemented the initial discovery production with information downloaded from defendant's cell phone October 2022.

3. Defendant is being held in pre-trial detention at the Butte County Jail in Oroville, California. The Butte County Jail is approximately seventy miles from defense counsel's office in downtown Sacramento. Defense counsel is therefore required to travel to conduct in-person meetings with Mr. Bacon. The parties have a pending resolution proposal for this matter.

4. While considering the resolution proposal, the defense is simultaneously conducting investigation regarding potential sentencing mitigation information. To allow time for continuing discussion and review of a proposed resolution with Mr. Bacon at the Butte County Jail and to provide the defense time additional time needed to complete sentencing mitigation investigation, the defense requests to continue the matter to May 2, 2023.

5. Defendant Bacon further requests to exclude time between April 18, 2023, and May 2, 2023, inclusive, under Local Code T-4. The United States does not oppose this request.

6. Attorney Todd Leras represents and believes that failure to grant additional time as

ORDER CONTINUING STATUS CONFERENCE

requested would deny Defendant Bacon the reasonable time necessary for effective preparation, considering the exercise of due diligence.

7. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period between April 18, 2023 and May 2, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), and (B) (iv) [Local Code T-4] because it results from a continuance granted by the Court at Defendant Bacon's request on the basis that the ends of justice served by taking such action outweigh the best interest of the public and the Defendant in a speedy trial.

8. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Assistant U.S. Attorney James Conolly has reviewed this proposed order and authorized Todd Leras via text message to sign it on his behalf.

DATED: April 13, 2023                     PHILLIP A. TALBERT
                                          United States Attorney

                                          By    */s/ Todd D. Leras for*
                                               JAMES CONOLLY
                                               Assistant United States Attorney

DATED: April 13, 2023
                                          By    */s/ Todd D. Leras*
                                               TODD D. LERAS
                                               Attorney for Defendant
                                               FRANK BACON

ORDER CONTINUING STATUS CONFERENCE

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the status conference/potential change of plea hearing in this matter, scheduled for April 18, 2023, is vacated. A new status conference/potential change of plea hearing is scheduled for **May 2, 2023, at 9:00 a.m**. The Court further finds, based on the representations of the parties and Defendant Bacon's request, that the ends of justice served by granting the continuance outweigh the best interests of the public and the Defendant in a speedy trial. Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from April 18, 2023, up to and including May 2, 2023.

IT IS SO ORDERED.

Dated: April 14, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE

ORDER CONTINUING STATUS CONFERENCE