LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
FRANK BACON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:21-cr-156 JAM |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |
| FRANK RAY BACON, | |
| Defendant. | Date:      May 2, 2023<br>Time:      9:00 a.m.<br>Court:     Hon. John A. Mendez |

Plaintiff United States of America by and through Assistant United States Attorney James Conolly, and Attorney Todd Leras on behalf of Defendant Frank Bacon, stipulate as follows:

1.   This matter is presently set for a status conference/potential change of plea hearing on May 2, 2023.  By this stipulation, Defendant Bacon moves to continue the matter for a further status conference/potential change of plea hearing to June 6, 2023.

2.   This case involves two controlled purchases of methamphetamine occurring on

ORDER CONTINUING STATUS
CONFERENCE

separate dates in South Lake Tahoe, California.  The government initially provided

written reports, videotapes, audio recordings, and photographs related to the

controlled purchases and ensuing execution of a search warrant at defendant's

residence to defense counsel as discovery materials.  It supplemented the initial

discovery production with information downloaded from defendant's cell phone

October 2022.

3.  Defendant is being held in pre-trial detention at the Butte County Jail in Oroville,

California. The Butte County Jail is approximately seventy miles from defense

counsel's office in downtown Sacramento.  Defense counsel is therefore required to

travel to conduct in-person meetings with Mr. Bacon.  The parties have a pending

resolution proposal for this matter which defense counsel is still reviewing and

discussing with Mr. Bacon.

4.  While considering the resolution proposal, the defense is simultaneously conducting

investigation regarding potential sentencing mitigation information.  To allow time

for continuing discussion and review of a proposed resolution with Mr. Bacon at the

Butte County Jail and to provide the defense time additional time needed to complete

sentencing mitigation investigation, the defense requests to continue the matter to

June 6, 2023.

5.  Defendant Bacon further requests to exclude time between May 2, 2023, and June 6,

2023, inclusive, under Local Code T-4.  The United States does not oppose this

request.

6.  Attorney Todd Leras represents and believes that failure to grant additional time as

ORDER CONTINUING STATUS
CONFERENCE

requested would deny Defendant Bacon the reasonable time necessary for effective preparation, considering the exercise of due diligence.

7. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period between May 2, 2023 and June 6, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), and (B) (iv) [Local Code T-4] because it results from a continuance granted by the Court at Defendant Bacon's request on the basis that the ends of justice served by taking such action outweigh the best interest of the public and the Defendant in a speedy trial.

8. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Assistant U.S. Attorney James Conolly has reviewed this proposed order and authorized Todd Leras to sign it on his behalf.

DATED: April 27, 2023                          PHILLIP A. TALBERT
                                               United States Attorney

                                               By ___*/s/ Todd D. Leras for*___
                                                  JAMES CONOLLY
                                                  Assistant United States Attorney


DATED: April 27, 2023

                                               By ___*/s/ Todd D. Leras*___
                                                  TODD D. LERAS
                                                  Attorney for Defendant
                                                  FRANK BACON

ORDER CONTINUING STATUS
CONFERENCE

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the status conference/potential change of plea hearing in this matter, scheduled for May 2, 2023, is vacated.  A new **status conference/potential change of plea hearing** is **SCHEDULED** for **June 6, 2023, at 9:00 a.m.**  The Court further finds, based on the representations of the parties and Defendant Bacon's request, that the ends of justice served by granting the continuance outweigh the best interests of the public and the Defendant in a speedy trial.  Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from May 2, 2023, up to and including June 6, 2023.

IT IS SO ORDERED.

Dated: April 28, 2023                    /s/ John A. Mendez
_____
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE

ORDER CONTINUING STATUS
CONFERENCE