LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
FRANK BACON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>FRANK RAY BACON,<br><br>　　　　Defendant. | Case No.: 2:21-cr-0156 JAM<br><br>**ORDER GRANTING REQUEST TO SEAL**<br><br>Date:  September 12, 2023<br>Time:  9:30 a.m.<br>Court:  Hon. John A. Mendez |

Pursuant to Local Rule 141(b) and based upon the representations contained in Defendant's Request to Seal, IT IS SO FOUND AND ORDERED THAT, the DECLARATION OF INVESTIGATOR FRED SCOVILLE AND THE ATTACHED STATEMENTS AND COURT RECORDS, shall be **SEALED** until further order of this Court.

Dated: September 06, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE

REQUEST TO SEAL DOCUMENT
PROPOSED ORDER TO SEAL